**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7256

JEROME ANDERSON,

Plaintiff – Appellant,

v.

A. K. PRUITT, Captain; SUSAN HORAN,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:10-cv-00553-NCT-PTS)

Submitted: November 15, 2011        Decided: November 18, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerome Anderson, Appellant Pro Se. Robert T. Numbers, II, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Anderson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Anderson v. Pruitt</u>, No. 1:10-cv-00553-NCT-PTS (M.D.N.C. Sept. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>